IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CR-009-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GEORGE VICTOR STOKES, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Transfer Proceeding Fed. R. Crim. P. 21(b)" (Document No. 15) filed June 30, 2017. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

Attorney Peter Adolf is Defendant's court-appointed counsel, having received the Court's appointment and CJA 20 on or about March 28, 2017. If Defendant wishes to file motions for the Court's consideration, he generally must do so through his attorney.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Transfer Proceeding Fed. R. Crim. P. 21(b)" (Document No. 15) is **DENIED WITHOUT PREJUDICE** to re-file through his attorney, Peter Adolf.

**SO ORDERED**.

Signed: June 30, 2017

_____
David C. Keesler
United States Magistrate Judge