UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cr-00009-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GEORGE VICTOR STOKES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se letter in which he asks the court to compel the Cherokee County Jail to provide him with a pen rather than a Crayon with which to write motions to the court. He contends that such denial infringes his right to access the court. Review of the pleadings reveals that defendant is a pretrial detainee who has been appointed counsel. In accordance with LCrR 47.1(g), such pro se motions by a represented party will not ordinarily be entertained. No exception is warranted here as defendant has been provided counsel who can access the court on his behalf and with a means to communicate, albeit one that does result in somewhat blurred writings. (The court had no problem in reading defendant's letter.) Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from this court in his letter (#24), such relief is denied in accordance with LCrR 47.1(g).

Signed: November 29, 2017

Max O. Cogburn Jr
United States District Judge