# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:17-CR-009-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GEORGE VICTOR STOKES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Seal Exhibit 1 To The United States' Motion To Exclude Evidence Of Defendant's Assault And Injuries While In Custody" (Document No. 42) filed June 15, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Exhibit 1 to the United States' Motion to Exclude Evidence of Defendant's Assault and Injuries While in Custody contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Seal Exhibit 1 To The United States' Motion To Exclude Evidence Of Defendant's Assault And Injuries While In Custody" (Document No. 42) is **GRANTED**, and "Exhibit 1 to the United States Motion to Exclude

Evidence of Defendant's Assault and Injuries While in Custody" (Document No. 43) is sealed until further Order of this Court.

Signed: July 9, 2018

David C. Keesler
United States Magistrate Judge